In The United States District Court
For The Northern District Of Ohio

Maurice Rhoades, Zulu
Plaintiff Po Se,

vs.

Metro Health Hospitals et al.,
2500 Metro Health Drive
Cleveland, Ohio 44109-1998
Defendants,

and

Dr. Akram Boutros President and CEO of Metro Health, Hospitals et al.,
2500 Metro Health Drive
Cleveland, Ohio 44109-1998
Defendants,

and

Dr. Daniel Zalevsky, PA-C
Metro Health Hospitals et al.,
10 Severance Circle Drive Metro Health, Orthopaedics, Cleveland, Hts,. Ohio 44118
Defendants,

and

University Hospitals et al.,
11100 Euclid Avenue
Cleveland, Ohio 44106
Defendants,

and

Mr. Tom Zenty, CEO
University Hospitals et al.,
11100 Euclid Avenue
Cleveland, Ohio 44106
Defendants,

and

Case No. 1:18 CV 2819

Judge JUDGE POLSTER

Medical Malpractice, or Negligence and Fraud in Obamacare, and/ or, the Affordable Health Care Act.

MAG. JUDGE PARKER



(Medical Malpractice, or Negligence Fraud in Obamacare con't.).

Dr. James R. Anderson, Assistant Professor
of Orthopaedics, Hand, Wrist, Elbow
Case Western Reserve University
University Hospitals et al.,
11100 Euclid Avenue
Cleveland, Ohio 44106-5043
Defendants,

and

Dr. John K. Sontich, Associate Professor
Chief, Adult Orthopaedic Trauma Service
Department of Orthopaedic Surgery
University Hospitals et al.,
11100 Euclid Avenue
Cleveland, Ohio 44106-5043
Defendants,

and

Jane Doe (Yolonda)
Administrative Assistant to
Dr. John K. Sontich, Associate Professor
Chief, Adult Orthopaedic Trauma Service
Department of Orthopaedic Surgery
University Hospitals et al.,
11100 Euclid Avenue
Cleveland, Ohio 44106-5043
Defendants,

Now comes Plaintiff pro se, Maurice Rhoades, Zulu, by and through himself and hereby asserts the fact. That this court has original jurisdiction in this legal matter. Given that, Obamacare, or the Affordable Health care Act is a federal law. And Plaintiff pro se, is herein this Summons and Complaint, alleging violations and Medical Malpractice, or Negligence, and fraud, regarding, said law. *More paramount still, He is asking this Court, to decide and answer the Question. Of whether or not, pursuant to, the United States Constitution, a Quality Doctor and Quality Health Care service providers, as it pertains to, the delivery of American Medical Health Care, and/or, Obamacare, or the Affordable Health care Act, is an American Citizens Right Of Birth?

(1). Plaintiff pro se, alleges that it is an American Citizens Right Of Birth,

(Malpractice, or Negligence Fraud in Obamacare con't.).

"Bayette Ba Ba Nkosi." (Translation from Zulu to English-Hail my father and chief, or, the Zulu royal saute).

(2). Pursuant to, the U.S. Const. pmbl.. "We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for United States of America."

(3). Hence, Plaintiff pro se, Maurice Rhoades, Zulu, establishes the United States District Court For The Northern District Of Ohio's original jurisdiction.

(4). Whereas, on or about December 20, 2017, at Defendants' et al., Dr. Daniel Zalevsky, PA-C Metro Health Hospitals, 10 Severance Circle Drive Metro Health, Orthopaedics, Cleveland, Hts., Ohio office, at or about 3:15 p.m..

(5). Defendants' et al., Dr. Daniel Zalevsky, negligently, recklessly, and fraudulently, made a fake diagnoses, prescription, and prognosis concerning, Plaintiff pro se, left wrist arthritis and atrophy thereof. Still, said Defendants' et al., negligently made a fake Health Care Treatment Plan for Plaintiff pro se, Maurice Rhoades, Zulu, or, his patient.

(6). On or about December 20, 2017, at Defendants' et al., Dr. Daniel Zalevsky, PA-C Metro Health Hospitals, 10 Severance Circle Drive Metro Health, Orthopaedics, Cleveland, Hts, Ohio 44118, office, at or about 3: 15 p. m..

(7). Defendants' et al., Dr. Daniel Zalevsky, negligently, recklessly, and fraudulently, failed to receive and consider. Plaintiff pro se, Maurice Rhoades, Zulu's Medical Health Care Treatment Plan. Regarding, his left wrist, left hand, left arm, right hand, left knee arthritis and atrophy.

(8). Defendants' et al., Dr. Daniel Zalevsky, negligently, recklessly, and condescendingly, acted and behaved towards Plaintiff pro se, Maurice Rhoades, Zulu. Defendants' et al., Dr. Daniel Zalevsky, would not listen, as well as, he hears. (Mike and the Mechanics The Living years).

(9). Whereby, Defendants' et al., Dr. Daniel Zalevsky, Negligently did not and would not consider Care Sources' wishes, or, his patient's, or, Plaintiff pro se, suggestions and wishes.

(10). Plaintiff pro se, alleges that Defendants' et al., Dr. Daniel Zalevsky Negligently did not do what a doctor is supposed to do. He did not ask a patient " Where does it hurt." "And how can I provide the best Health Care Treatment that will help heal you"?

(Malpractice, or Negligence Fraud in Obamacare con't.).

(11). Plaintiff pro se, alleges that he did not get the guaranteed Quality service of a Doctor, and/or, a Medical Health Care service provider. Regarding, the delivery of Medical Health Care services, pursuant to, Obamacare, and/or the Affordable Health care Act. That is an American Citizens Right Of Birth. Pursuant to, the U.S. Constitution.

(12). More still, Plaintiff pro se, alleges that as a direct result of Defendants' et al., Dr. Daniel Zalevsky's Medical Malpractice, or Negligence and Fraud in Obamacare, and/or, the Affordable Health Care Act. *Plaintiff pro se, is further physically injured, and is further in pain, both physically and mentally, and did not get, and is not getting the Medical Health Care treatment and services that he needs, it is tarrying due to all said.

(13). Plus, Plaintiff pro se, is incurring out of pocket medical expenses for Epsom salt, ice, and heat, or, Ben Gay.

(14). Additionally, because of Defendants' et al., Dr. Daniel Zalevsky's Malpractice, or Negligence and Fraud, pursuant to, Obamacare, and/or, the Affordable Health Act. *Plaintiff pro se, must sit in a bath of hot water, for at least an hour, three times a day, seven days a week. Finally, Plaintiff pro se, fights to concentrate and normal every day task are now harder to perfect.

(15). Whereby, Plaintiff pro se, proves and demonstrates to the court. The fact that, Defendants' et al., Dr. Daniel Zalevsky, did Negligently, recklessly, and condescendingly, act and behave towards Plaintiff pro se, Maurice Rhoades, Zulu, or, his patient. *He acted like a witch doctor.

(16). By reason of the fact, that it is text book and standard operating procedure, regarding, patient care, for a doctor to listen to a patient and consider what he says, and to respect it. Because, this is co-operation, concerning, a Doctor and patient, as it pertains to, a good relationship, and/or, a proper and professional delivery of Obamacare, and/or, the Affordable Health Act medical treatment and services concerning a patient.

(17). On or about December 20, 2017, at Defendants' et al., Dr. Daniel Zalevsky, PA-C Metro Health Hospitals 10 Severance Circle Drive Metro Health, Orthopaedics, Cleveland, Hts, Ohio 44118, office, at or about 3: 15 p. m..

(18). Defendants' et al., Dr. Daniel Zalevsky, Negligently, fraudulently, and recklessly, fabricated, "that Plaintiff pro se, agreed with him," concerning, his autocratic Written Health Care Treatment Plan for Plaintiff pro se,.

(19). Which, Defendants' et al., Dr. Daniel Zalevsky, fraudulently and Negligently made up, after Plaintiff pro se, had left the afore stated appointment.

(Malpractice, or Negligence Fraud in Obamacare con't.).

(20). More still, without Plaintiff pro se, consent, input, or, knowledge.

(21). Defendants' et al., Dr. Daniel Zalevsky, then mailed his above said plan to Plaintiff pro se, by regular U. S. mail.

(22). Plaintiff pro se, alleges that on, or, about, November, 2017. *He consulted with Care Source's Medical Management Team of Dayton, Ohio, by telephone conference.

(23). Whereby, he was counseled and instructed by Care Source's Medical Management Team of Dayton, Ohio, to have a doctor write on His and/or Her hospital stationary Plaintiff pro se, Medical Health Care Plan and then submit it to said team at 1-888-752- 0012, for them to consider.

(24). Given all of these afore stated facts, Plaintiff pro se, demonstrates and proves to the court Medical Malpractice, or, Negligence and Fraud in Obamacare, and/or, in the Affordable Health care Act, by Defendants' et al., Dr. Daniel Zalevsky and Defendants' et al., Metro Health Hospitals.

(25). *Further, Plaintiff pro se, demonstrates and proves to the court. The fact that, Defendants' et al., Dr. Daniel Zalevsky, and Defendants' et al., Metro Health Hospitals, " just went through the motions." And did not care about Plaintiff pro se., medical health. Thus, Plaintiff pro se, makes apparent a failure to train and/or supervise by Defendants' Dr. Akram Boutros President and Metro Health, Hospitals et al.,.

(26). *Also, that said Defendants' et al., Negligently did and still do put billing above patient care.

(27). Further more, on or about December 20, 2017, at Defendants' et al., Dr. Daniel Zalevsky, PA-C Metro Health Hospitals office, at 10 Severance Circle Drive Metro Health, Cleveland, Hts., Ohio 44118, at or about 3: 15 p.m..

(28). Defendants' et al., Dr. Daniel Zalevsky, Negligently, willfully, wantonly, and recklessly, referred Plaintiff pro se, to Defendants' et al., Metro Health Hospitals beginners physical therapy and evaluation at Defendants' et al., Metro Health Hospitals, 10 Severance Circle Drive Metro Health, Orthopaedics, Cleveland, Hts,. Ohio 44118.

(29). Whereby, Plaintiff pro se, exhibits and proves to the court, Medical Malpractice, or, Negligence, and Fraud, in Obamacare, and/or, the Affordable Health care Act, by Defendants' et al., Dr. Daniel Zalevsky, and Defendants' et al., Metro Health Hospitals.

(30). By reason of the fact, that Defendants' et al., Metro Health Hospitals' physical

(Malpractice, or Negligence Fraud in Obamacare con't.).

therapy and evaluation will get at least three hundred dollars ($300.00), per hour and/or per visit. Regarding, Plaintiff pro se, left wrist arthritis.

(31). Still, at least three hundred dollars ($300.00), per hour and/or per visit. Regarding, Plaintiff pro se, left hand arthritis.

(32). Plus, at least three hundred dollars ($300.00), per hour and/or per visit. Regarding, Plaintiff pro se, right hand arthritis.

(33). Further, at least three hundred dollars ($300.00), per hour and/or per visit. Regarding, Plaintiff pro se, left knee arthritis.

(34). Finally, Defendants' et al., Metro Health Hospitals' physical therapy and evaluation, will get at least three hundred dollars ($300.00), per hour and/or per visit. *For 52 weeks a year, for the rest of Plaintiff pro se, life, for their Negligent, Fraudulent, and fake Medical Health Care Treatment of Plaintiff pro se,.

(35). More still, Plaintiff pro se, shows and proves to the court, Medical Malpractice, or, Negligence, and Fraud, in Obamacare, and/ or, in the Affordable Health care Act, by Defendants' et al., Dr. Daniel Zalevsky, and Defendants' et al., Metro Health Hospitals, by reason of the fact that, said Defendants' et al., physical therapy and evaluation is only open Monday thru Friday from 9: 00 a. m., until 5:00 p.m..

(36). So, Plaintiff pro se, is adversely limited, in regards, to getting the physical therapy, or, Medical Health Care Treatment and services that he needs.

(37). Additionally, Defendants' et al., Dr. Daniel Zalevsky, and Defendants' et al., Metro Health Hospitals' physical therapist would only give Plaintiff pro se, an hour ,or, two at best a day for Plaintiff pro se, left wrist arthritis.

(38). Further, only an hour, or, two at best a day for Plaintiff pro se, left hand arthritis.

(39). Plus, only an hour, or, two at best a day for Plaintiff pro se, right hand arthritis.

(40). Finally, only an hour, or, two at best a day for Plaintiff pro se, left knee arthritis.

(41). Thus, Defendants' et al., Dr. Daniel Zalevsky, and Defendants' et al., Metro Health Hospitals' physical therapist is not practical, and/or, logical, and/or, cost effective, and/or, time cost effective, thus, it is a waste of tax payers monies. *This is not good medicine.

(42). Whereby, Plaintiff pro se, proves and exhibits Medical Malpractice, or, Negligence,

(Malpractice, or Negligence Fraud in Obamacare con't.).

and Fraud, in Obamacare, and/or, in the Affordable Health care Act. By Defendants' et al., Dr. Daniel Zalevsky, and Defendants' et al., Metro Health Hospitals. Hence, Plaintiff pro se, makes apparent a failure to train and/or supervise by Defendants' Dr. Akram Boutros President and Metro Health, Hospitals et al.,.

(43). Since, their Medical Health Care Treatment Plan would be Negligence, fake, and not be Healing Treatment and/or, the proper diagnosis, prescription, and prognosis, for Plaintiff pro se, personal situation.

(44). Conversely, Plaintiff pro se, Medical Health Care Treatment Plan would treat his left wrist arthritis pain. Additionally, his left hand arthritis pain. Plus, his right hand arthritis pain. Finally, his left knee arthritis pain. *All in one sauna bath session.

(45). Further, Plaintiff pro se, contends that Defendants' et al., Dr. Daniel Zalevsky, and Defendants' et al., Metro Health Hospitals, Negligently did not diagnose, and prescribe a Health Care Treatment Plan for his atrophy. *With the free weights, and/or Nautilus machines, or, universal machines, and swimming pool exercises.

(46). Plaintiff pro se, alleges that he did propose all of the above said. In his personal Health Care Treatment Plan.

(47). Because, this would be realistic, practical, logical, cost effective, and time cost effective. *Whereby, saving Ohio Medicaid millions of dollars. Given, that Plaintiff pro se, has to do his Health Care Treatment Plan for the rest of his life.

(48). Given, all of the herein stated facts. Plaintiff pro se, has proven and demonstrated to the court. Medical Malpractice, or Negligence, and Fraud in Obamacare, and/or, in the Affordable Health care Act, by Defendants' et al., Dr. Daniel Zalevsky, and Defendants' et al., Metro Health Hospitals.

(49). Finally, Plaintiff pro se, makes apparent a failure to train and/or supervise by Defendants' Dr. Akram Boutros President and Metro Health, Hospitals et al.,.

(50). Still, said Defendants' et al., do not have a sauna bath. Or, the extreme heat that Plaintiff pro se, needs. In order, to treat his arthritis and relive his pain.

(51). Nor do said Defendants' et al., have the free weights, or Nautilus machines, and/or, Universal machines, and/or Swimming pool exercises, that Plaintiff pro se, needs. In order, to address and treat his atrophy. Concerning, his left wrist, left hand, left arm, right hand, and left knee arthritis.

(Malpractice, or Negligence Fraud in Obamacare con't.).

(52). Given all of this, Plaintiff pro se, proves and exhibits Medical Malpractice, or Negligence, and Fraud in Obamacare, and/or, in the Affordable Health care Act. By Defendants' et al., Dr. Daniel Zalevsky, and Defendants' et al., Metro Health Hospitals.

(53). Plaintiff pro se, left knee arthritis is more than thirty-years old. As his x-rays do

(54). Plaintiff pro se, left knee arthritis is more than thirty-years old. As his x-rays do expertly testify to this said fact.

(55). Further, Plaintiff pro se, alleges that said x-rays do dictate to Defendants' et al., Dr. Daniel Zalevsky, and Defendants' et al., Metro Health Hospitals. What is needed and what they must do, as it pertains to, Plaintiff pro se, Medical Health Care Treatment.

(56). As proven by reason of the fact. That, Care sources' Medical Management Team requested said x-rays for there evaluation and consideration of Plaintiff pro se, personal and individual case. Thus, Plaintiff pro se, makes apparent a failure to train and/or supervise by Defendants' Dr. Akram Boutros President and Metro Health, Hospitals et al.,.

(57). *Plaintiff pro se, has been successfully treating; and doing his Total lateral Meniscectomy rehabilitation for more than thirty-years.

(58). On or about December 20, 2017, at Defendants' et al., Dr. Daniel Zalevsky, PA-C Metro Health Hospitals, 10 Severance Circle Drive Metro Health, Orthopaedics, Cleveland, Hts, Ohio 44118, office. At or about 3: 15 p. m..

(59). Defendants' et al., Dr. Daniel Zalevsky, Negligently, willfully, wantonly, recklessly, and fraudulently diagnosed and prescribed Motrin aspirin, " as needed for Plaintiff pro se, arthritis pain."

(60). Plaintiff pro se, proves Defendants' et al., Dr. Daniel Zalevsky's Negligence. By reason of the fact. That, his prescribed Motrin aspirin is an acid. That would eat and erode Plaintiff pro se, stomach lining over a period of time and prolonged use.

(61). Since, Plaintiff pro se, would be taking the prescribed Motrin aspirin at least two, or, more times daily; seven days a week. He demonstrates and proves to the Court. The fact that, *this is not safe, realistic, or, practical, or, logical. And would give Plaintiff pro se, a new Medical Heath Care problem and condition. * Whereby, costing Medicaid more monies.

(62). Plaintiff pro se, likens Defendants' et al., Dr. Daniel Zalevsky, and Defendants' et al., Health Hospitals' choice of cortezone shots; as their primary and only method.

(Malpractice, or Negligence Fraud in Obamacare con't.).

(63). Of which, they use for treating Plaintiff pro se, left wrist, left hand, right hand, and left knee arthritis pain. To patients and doctors being hooked on Opioids; and the current Opioids crisis.

(64).* Given that, he would be dependant on Defendants' et al., Dr. Daniel Zalevsky, and Defendants' et al., Metro Health Hospitals forever. And would never heal or address the Medical Health condition.

(65). Whereby, Plaintiff pro se, shows and proves to the court. The fact that his Alternative Method of treating his left wrist, left hand, right hand, and left knee arthritis pain, and atrophy. *Is the right Medical diagnosis, prescription, prognosis, and Medical Heath Care Treatment Plan.

(66). Whereby, Plaintiff pr o se, exhibits and proves to the court. The fact that, Defendants' et al., Dr. Daniel Zalevsky, and Defendants' et al., Metro Health Hospitals are guilty of Medical Malpractice, or, Negligence and Fraud, pursuant to, Obamacare, and/or the Affordable Health care Act.

(67). * Plaintiff pro se, alleges that the proper medical treatment, diagnosis, prescription, and prognosis. Or, way to treat his left wrist, left hand, right hand, and left knee arthritis. Is with heat, ice, and exercise. Or, his proposed Medical Health Care Treatment Plan.

(68). *Plaintiff pro se, alleges that his x-rays of his left wrist. Do dictate the diagnosis, prescription, prognosis, and Medical Health Care Treatment Plan, for his left wrist, left arm, and left hand, arthritis and atrophy.

(69). Plaintiff pro se, alleges that he needs a sauna bath. In order, to treat and relieve his pain from his left wrist, left hand, right hand, and left knee arthritis. *As medical history expertly testifies to said fact.

(70). Plaintiff pro se, alleges that he needs a swimming pool. In order, to treat his left wrist, left hand, right hand, and left knee arthritis and atrophy. * As medical history expertly testifies to said fact. * Because, a swimming pool, is not taxing on Plaintiff pro se, joints. Whereby, making said one of the best exercises for Plaintiff pro se..

(71). Defendants' et al., Dr. Daniel Zalevsky, and Defendants' et al., Metro Health Hospitals' Negligent, reckless, and fraudulent acts and behavior. Have made Plaintiff pro se, more susceptible to falls and being off balance. Thus, injuring said in the past, in the present, and in the future.

(72). As a result, of said Defendants' et al., Negligence. Plaintiff pro se, is more

(Malpractice, or Negligence Fraud in Obamacare con't.).

(73). As a result, of said Defendants' et al., Negligence. Plaintiff pro se, is more physically injured; suffered more physical and mental pain, and incurred more medical expenses. Finally, his future is being sacrificed. And his pursuit of happiness is being impaired and sacrificed.

(74). Thus, Plaintiff pro se, makes apparent a failure to train and/or supervise by Defendants' Dr. Akram Boutros President and Metro Health, Hospitals et al..

(75). Plaintiff pro se, alleges that Defendants' et al., Dr. Akram Boutros, President and CEO of Metro Health, 2500 Metro Health Drive Cleveland, Ohio 44109-1998, is responsible by Law, and has failed to train and/or supervise, Defendants' et al., Dr. Daniel Zalevsky.

(76). Therefore, Plaintiff pro se, demands judgment against Defendants' et al., Dr. Daniel Zalevsky, in the sum of One-Hundred Thousand Dollars ($ 100, 000. 00).

(77). Plus, Defendants' et al., Metro Health Hospital, and Defendants et al., Dr. Akram Boutros, President and CEO of Metro Health Hospital, in the sum of One-Hundred Thousand Dollars ($ 100, 000. 00).

(78). For a total of Two-Hundred Thousand Dollars ($ 200, 000. 00).

(79). If it pleases the Court, Plaintiff pro se, will continue to go where eagles dare, regarding, his Summons and Complaint. Because, he is the screaming eagle, or, the 101st., Airborne.

(80). On or about January 2, 2018, at Defendants' et al., Dr. J. Robert Anderson's University Hospitals, 5th. floor Bolwell bldg., Orthopaedics department, 11100 Euclid Avenue, Cleveland, Ohio 44106-504, office. At, or, about 3: 30 p. m..

(81). Defendants' et al., Dr. J. Robert Anderson Negligently, recklessly, and Fraudulently faked diagnosing, and faked treating Plaintiff pro se,.

(82). * Also, he Negligently made no prognosis, prescription, and no Health Care Health Care Treatment Plan for Plaintiff pro se, Maurice Rhoades, Zulu..

(83). Plaintiff pro se, alleges that Defendants' et al., Dr. J Robert Anderson and Defendants' et al., University Hospitals did willfully and wantonly fraudulently bill Ohio Medicaid.

(84). And did willfully, wantonly, and fraudulently, fake an appointment, or, did Fake providing a Medical Health Care Service to Plaintiff pro se,.

(Malpractice, or Negligence Fraud in Obamacare).

(85). Plaintiff pro se, alleges that Defendants' et al., Dr. J. Robert Anderson and Defendants' et al., University Hospitals did Negligently waste Plaintiff pro se, time.

(86). And did not do, what Plaintiff pro se, came to the said appointment to do. Finally, said Defendants et al., did not co-operate with Plaintiff pro se, or, their patient, and/or, Care Sources' Medical Management Team.

(87). Thus, Plaintiff pro se, Medical Health Care objective was Negligently not addressed, Due to Defendants' et al., Dr. J. Robert Anderson and Defendants' et al., University Hospitals Negligence.

(88). Plaintiff pro se, wanted and needed to address his atrophy, and arthritis pain.

(89). But he could not, because, of all herein named Defendants' et al., Negligently sabotaging and destroying Plaintiff pro se, Medical Health Care Treatment Plan, and any hopes of him securing his American Citizens Right Of Birth. Or, Plaintiff pro se, United States Constitution's rights, privileges, and guarantees.

(90). Plaintiff pro se, alleges that all he got was Fake conversations, Negligent Health Care Treatment, and pure canards, finally, a struggle with all herein named Defendants' et al., or, arrogant,", witch doctors, and/or,"Isanusi."

(91). Plaintiff pro se, alleges that his x-rays of his left wrist. Do dictate the diagnosis, prescription, prognosis, and Medical Health Care Treatment Plan for his left wrist, left arm, and left hand, arthritis and atrophy.

(92). Whereby, reason of theses above stated facts, Plaintiff pro se, proves and demonstrates to the court. Defendants' et al., Dr. J. Robert Anderson, and Defendants et al., University Hospitals' Medical Malpractice, or Negligence and Fraud in Obamacare, and/or in the Affordable Health Care Act.

(93). Further still, Defendants' et al., Dr. J. Robert Anderson did look at and examine the x-rays of Plaintiff pro se, left wrist.

(94). While, in Plaintiff pro se, presence at the January 2, 2018, fake appointment. At Defendants' et al., Dr. J. Robert Anderson's University Hospitals et al., 5th. floor Bolwell bldg., Orthopaedics department, 11100 Euclid Avenue, Cleveland, Ohio 44106-504, office at, or, about 3: 30 p. m..

(95). Whereby, Plaintiff pro se, proves and exhibits to the court. The fact that Defendants'

(Malpractice, or Negligence Fraud in Obamacare con't.).

et al., Dr. J. Robert Anderson did Negligently, recklessly, and fraudulently, fake diagnosing, and fake treating, Plaintiff pro se,.

(96). Defendants' et al., Dr. J. Robert Anderson Negligently made no Medical Health Care Treatment Plan for Plaintiff pro se, Maurice Rhoades, Zulu.

(97). Further, said Defendants' et al., did not provide Plaintiff pro se, with any real, or, substantial Medical Health Care Service. Regarding, Plaintiff pro se, Medical Health Care and Treatment. Pertaining to, Plaintiff pro se, left wrist, arthritis and atrophy.

(98). Greater still, Plaintiff pro se, alleges that Defendants' et al., Dr. J. Robert Anderson. Did willfully and wantonly lie to Plaintiff pro se.. When, he told Plaintiff pro se, that he would consult and co-ordinate with Defendants' et al., Dr. John K. Sontich. Concerning, Plaintiff pro se, Medical Health Care Treatment Plan. Pertaining to, his left wrist, left hand, right hand, and left knee arthritis and atrophy.

(99). Still, Defendants' et al., Dr. J. Robert Anderson discarded Care Source's Medical Management Teams instructions and orders. Pertaining to, Plaintiff pro se, Medical Health Care Treatment Plan. For his left wrist, left hand, right hand, and left knee arthritis and atrophy.

(100). Defendants' et al., Dr. J. Robert Anderson, and Defendants et al., University Hospitals, Negligently, recklessly, and fraudulently, failed to receive and consider Plaintiff pro se, Maurice Rhoades, Zulu's Medical Health Care Treatment Plan. Concerning, his left wrist, left hand, left arm, right hand, and left knee arthritis and atrophy.

(101). Defendants' et al., Dr. J. Robert Anderson, and Defendants' et al., University Hospitals, Negligently, recklessly, and condescendingly, acted and behaved towards Plaintiff pro se, Maurice Rhoades, Zulu. And would not listen and consider Care Sources' wishes, or, Plaintiff pro se, suggestions, and wishes.

(102). Defendants' et al., Dr. J. Robert Anderson Negligently did not do what a doctor is supposed to do, as pertaining to, asking a patient " Where does it hurt." "And how can we help"?

(103). Defendants' et al., Dr. J. Robert Anderson, and Defendants' et al., University Hospitals negligently, recklessly, and fraudulently, failed to diagnose and treat Plaintiff pro se, Maurice Rhoades, Zulu's atrophy. Concerning, his left wrist, left hand, left arm, right hand, and left knee arthritis. On or about January 2, 2018, at Defendants et al., Dr. J. Robert Anderson's University Hospitals 5th. floor Bolwell bldg., Orthopaedics department, 11100 Euclid Avenue, Cleveland, Ohio 44106-504, office. At, or, 3: 30 p. m..

(104). So, as a result, Plaintiff pro se, now opens up this legal quarrel. Because, Plaintiff

(Malpractice, or Negligence Fraud in Obamacare).

pro se, did not get the guaranteed Quality service in Obamacare, and/or Quality in the Affordable Health care Act. That is an American Citizens Right Of Birth. Pursuant to, the U.S. Constitution.

(105). More still, because of Defendants' et al., Dr. J. Robert Anderson's and Defendants' et al., University Hospitals Medical Malpractice, or Negligence and Fraud in Obamacare, and/or, the Affordable Health Care Act. Plaintiff pro se, is physically injured. And is in pain; both, physically and mentally.

(106). Plus, he is incurring medical expenses for Epsom salt. And he must sit in a bath of hot water. For at least an hour three times a day; seven days a week. Finally, Plaintiff pro se, fights to concentrate and normal task are now harder to perfect.

(107). Whereby, Plaintiff pro se, proves and demonstrates to the court. That Defendants' et al., Dr. J. Robert Anderson, and Defendants' et al., University Hospitals did negligently, recklessly, and condescendingly, act and behave towards Plaintiff pro se, Maurice Rhoades, Zulu. By reason of the fact, that it is text book and standard operating procedure. Regarding, patient care. For a doctor to listen to a patient and consider what he says; and to respect it. Because, this is co-operation, concerning, a Doctor and patient relationship. Or, a proper and professional bedside manner.

(108). On or about January 2, 2018. At Defendants' et al., Dr. J. Robert Anderson's University Hospitals, 5th. floor Bolwell bldg., Orthopaedics department, 11100 Euclid Avenue, Cleveland, Ohio 44106-504, office. At, or, about 3: 30 p. m., Defendants' et al., Dr. J. Robert Anderson negligently, fraudulently, and recklessly, fabricated, "that he would consult and collude with Defendants' et al., Dr. John K. Sontich." Concerning, writing and submitting a Health Care Treatment Plan for Plaintiff pro se,. To Care Source's Medical Management Team of Dayton, Ohio. At 1-888-752-0012, for them to consider.

(109). Since, Plaintiff pro se, on, or, about November, 2017, consulted with Care Source's Medical Management Team of Dayton, Ohio, by telephone conference, and he was counseled and instructed to have a doctor write and submit, on their stationary, Plaintiff pro se, Medical Health Care Treatment Plan to said team at 1-888-752-0012, for them to consider.

(110). Whereby, Plaintiff pro se, demonstrates and proves Medical Malpractice, or, Negligence and Fraud in Obamacare, and/or, in the Affordable Health care Act. By Defendants' et al., Dr. J. Robert Anderson and Defendants' et al., University Hospitals.

(111). *Further, Plaintiff pro se, demonstrates and proves to the court. That Defendants' et al., Dr. J. Robert Anderson and Defendants' et al., University Hospitals. "Just went through what they negligently thought were the motions." In order, to bill Ohio Medicaid.

(Malpractice, or Negligence Fraud in Obamacare con't.).

(112). *Also, that the above said Defendants' et al., do put billing above patient care. Therefore, this is Medical Malpractice, or, Negligence and Fraud in Obamacare, and/or, the Affordable Health care Act.

(113). On or about January 2, 2018, at Defendants' et al., Dr. J. Robert Anderson's University Hospitals, 5th. floor Bolwell bldg., Orthopaedics department, 11100 Euclid Avenue, Cleveland, Ohio 44106-504, office. At, or, about 3: 30 p. m.. Defendants' et al., Dr. J. Robert Anderson negligently, willfully, wantonly, and recklessly, did not help Plaintiff pro se, with his left wrist and left hand arthritis and atrophy.

(114). Whereby, Plaintiff pro se, exhibits and proves to the court. Medical Malpractice, or, Negligence, and Fraud, in Obamacare, and/or, the Affordable Health care Act. By Defendants' et al., Dr. J. Robert Anderson and Defendants' et al, University Hospitals. Concerning, Plaintiff pro se, left wrist and left hand arthritis and atrophy.

(115). May it please the court, On or about January 22, 2018, at Defendants' et al., Dr. John K. Sontich's University Hospitals, 5th. floor Bolwell bldg., Orthopaedics department, 11100 Euclid Avenue, Cleveland, Ohio 44106-504, office, at, or, about 2: 30 p. m..

(116). Defendants' et al., Dr. John K. Sontich did willfully and wantonly lie to Plaintiff pro se.. When, he told Plaintiff pro se, " that he would consult and co-ordinate with Defendants' et al., Dr. J. Anderson." Concerning, Plaintiff pro se, Medical Health Care Treatment Plan. Pertaining to, his left wrist, left hand, right hand, and left knee arthritis and atrophy.

(117). On or about January 22, 2018, at Defendants' et al., Dr. John K. Sontich's University Hospitals, 5th. floor Bolwell bldg., Orthopaedics department, 11100 Euclid Avenue, Cleveland, Ohio 44106-504, office, at, or, about 2: 30 p. m..

(118). Defendants' et al., Dr. John K. Sontich did willfully and wantonly lie to Plaintiff pro se.. When, he told Plaintiff pro se, " that he would write and submit Plaintiff pro se, Medical Health Care Treatment Plan to Care Source. Regarding, his left wrist, left hand, right hand, and left knee arthritis and atrophy.

(119). On or about January 22, 2018, at Defendants' et al., Dr. John K. Sontich's University Hospitals, 5th. floor Bolwell bldg., Orthopaedics department, 11100 Euclid Avenue, Cleveland, Ohio 44106-504, office, at, or, about 2: 30 p. m..

(120). Defendants' et al., Dr. John K. Sontich did willfully and wantonly lie to Plaintiff pro se.. When, he told Plaintiff pro se, " that he would have Defendants' et al., Jane Doe (Yolonda), his Administrative Assistant. Write and submit Plaintiff pro se, Medical Health Care Treatment Plan to Care Source's Medical Management Team of Dayton, Ohio, at 1-888-752-

(Malpractice, or Negligence Fraud in Obamacare con't.).

0012, for them to consider. As pertaining to, his left wrist, left hand, right hand, and left knee arthritis and atrophy.

(121). Still, Defendants' et al., Dr. John K. Sontich Negligently discarded Care Source's Medical Management Teams instructions and orders. As pertaining to, Plaintiff pro se, Medical Health Care Treatment Plan. For his left wrist, left hand, right hand, and left knee arthritis and atrophy.

(122). Plaintiff pro se, alleges that his x-rays of his left knee. Do dictate the diagnosis, prescription, and Medical Health Care Treatment Plan. For his left knee and left leg arthritis and atrophy.

(123). Plaintiff pro se, alleges that Defendants' et al., Dr. John K. Sontich did introduce him to Defendants' et al., Jane Doe (Yolonda), his Administrative Assistant. On, or, about January 22, 2018, at Defendants' et al., Dr. John K. Sontich's University Hospitals, 5th. floor Bolwell bldg., Orthopaedics department, 11100 Euclid Avenue, Cleveland, Ohio 44106-504, office, at, or, about the end of Plaintiff pro se, 2: 30 p. m., appointment.

(124). Plaintiff pro se, alleges that Defendants' et al., Jane Doe (Yolonda), did promise to write and submit Plaintiff pro se, Medical Health Care Treatment Plan to Care Source's Medical Management Team of Dayton, Ohio at 1-888-752-0012, for them to consider at the end of Plaintiff pro se, 2: 30 p. m., appointment.

(125). Whereby, Plaintiff pro se, shows and proves to the court. Medical Malpractice, or, Negligence, and Fraud, in Obamacare, and/or, in the Affordable Health care Act by Defendants' et al., Dr. John K. Sontich and Defendants' et al, Jane Doe (Yolonda). Finally, Defendants' et al, University Hospitals et al..

(126). Thus, Plaintiff pro se, proves and exhibits Medical Malpractice, or, Negligence, and Fraud, in Obamacare, and/or, in the Affordable Health care Act, by Defendants' et al., Dr. John K. Sontich, and Defendants' et al, Jane Doe (Yolonda), finally, Defendants' et al, University Hospitals.

(127). Since, said Defendants' et al., did not perform the Healing Medical Treatment needed. And/or, give the right diagnosis, prescription, and Medical Health Care Treatment Plan for his left knee and left leg arthritis and atrophy.

(128). The converse it is true, regarding, Plaintiff pro se, Medical Health Care Treatment Plan. Because, said plan would treat his left knee arthritis pain and atrophy. Additionally, it would treat his left leg, arthritis pain. Plus, his right hand, left wrist, and left hand arthritis pain, finally, all his atrophy, concerning, said limbs.

(Malpractice, or Negligence Fraud in Obamacare con't.).

(129). Further, Plaintiff pro se, contends that Defendants' et al., Dr. John K. Sontich, and Defendants' et al, Jane Doe (Yolonda), finally, Defendants' et al, University Hospitals negligently did not diagnosis, and prescribe Plaintiff pro se, Medical Health Care Treatment Plan, for his left knee and left leg arthritis and atrophy.

(130). More still, Plaintiff pro se, argues that Defendants' et al., Dr. John K. Sontich, and Defendants' et al, Jane Doe (Yolonda), finally, Defendants' et al, University Hospitals Negligently did not diagnosis, and prescribe free weights, Nautilus machines, or, universal machines, and swimming pool exercises. *As Plaintiff pro se, did propose in his personal Health Care Treatment Plan. Because, this would be practical, logical, and cost effective and time cost effective.

(131). Whereby, saving Ohio Medicaid thousands of dollars a year. Given, that Plaintiff pro se, has to do his Health Care Treatment Plan for the rest of his life. Or, at least the next- ten years.

(132). Given, all of the above stated and herein incorporated facts. Plaintiff pro se, has proven and demonstrated to the court. Medical Malpractice, or Negligence, and Fraud in Obamacare, and/or, in the Affordable Health care Act. By Defendants' et al., Dr. John K. Sontich and Defendants' et al, Jane Doe (Yolonda). Finally, Defendants' et al, University Hospitals.

(133). Plaintiff pro se, left knee arthritis is more than thirty-years old. As his x-rays do expertly testify to this fact. It is an old college football injury.

(134). Further, Plaintiff pro se, alleges that said x-rays do dictate to Defendants' et al., Dr. John K. Sontich and Defendants' et al, Jane Doe (Yolonda). Finally, Defendants' et al, University Hospitals. What is needed and what they must do, as it pertains to, Plaintiff pro se, Medical Health Care Treatment.

(135). As proven by reason of the fact, that Care sources' Medical Management Team requested said x-rays for there evaluation and consideration of Plaintiff pro se, personal and individual case.

(136). Plaintiff pro se, has been successfully treating; and doing his Total lateral Meniscectomy rehabilitation for more than thirty-years. It is an old college football injury.

(137). Plaintiff pro se, likens Defendants' et al., Dr. John K. Sontich, Defendants' et al, Jane Doe (Yolonda), finally, Defendants' et al., University Hospitals' choice of Cortezone shots; as the primary and only method. Of which, said uses for treating Plaintiff pro se, left wrist, left hand, right hand, left knee arthritis pain, and atrophy. To patients and doctors being hooked

(Malpractice, or Negligence Fraud in Obamacare con't.).

on Opioids; and the current Opioids crisis. * Given that, Plaintiff pro se, would be dependant on Defendants' et al., Dr. John K. Sontich, and Defendants' et al, Jane Doe (Yolonda), finally, Defendants' University Hospitals forever.

(138). Whereby, Plaintiff pro se, shows and proves to the court. The fact that his Alternative Method of treating his left wrist, left hand, right hand, and left knee arthritis pain and atrophy is the right Medical diagnosis, prescription, and Heath Care Treatment Plan for his personal situation.

(139). Plaintiff pro se, alleges that Defendants' et al, Jane Doe (Yolonda). Negligently failed to carry out and complete Defendants' et al., Dr. John K. Sontich, orders and instructions.

(140). Whereby, Plaintiff pro se, alleges that Defendants' et al., Dr. John K. Sontich, Negligently failed to supervise and/or train Defendants' et al, Jane Doe (Yolonda). Or, his administrative assistant.

(141). Whereby, Plaintiff pro se, exhibits and proves to the court. The fact that, Defendants' et al., Dr. John K. Sontich, plus, Defendants' et al, Jane Doe (Yolonda), finally, Defendants' et al., University Hospitals are guilty of Medical Malpractice, or, Negligence and Fraud in Obamacare, and/or the Affordable Health care Act.

(142). * Plaintiff pro se, alleges that Defendants' et al., Dr. John K. Sontich, plus, Defendants' et al, Jane Doe (Yolonda), finally, Defendants' et al., University Hospitals failed to give the proper medical treatment, prescription, diagnosis, and prognosis. Or, way to treat his left wrist, left hand, right hand, and left knee arthritis.

(143). Plaintiff pro se, alleges that Defendants' et al., Dr. John K. Sontich, plus, Defendants' et al, Jane Doe (Yolonda), finally, Defendants' et al., University Hospitals Negligently failed to prescribe, diagnosis, and treat his left wrist, left hand, right hand, and left knee arthritis. With heat, ice, and exercise. Or, Plaintiff pro se, proposed Medical Treatment Plan.

(144). As expertly testified to by and with Plaintiff pro se, x-ray's, plus, medical journals.

(145). Plaintiff pro se, alleges that Defendants' et al., Dr. John K. Sontich, plus, Defendants' et al, Jane Doe (Yolonda), finally, Defendants' et al., University Hospitals failed to prescribe, and diagnosis, a sauna bath. In order, to treat and relieve Plaintiff pro se, pain from his left wrist, left hand, right hand, and left knee arthritis. *As medical history and medical journals expertly testifies to said fact.

(146). Plaintiff pro se, alleges that Defendants et al., Dr. John K. Sontich, plus,

(Malpractice, or Negligence and Fraud in Obamacare con't.).

Defendants' et al, Jane Doe (Yolonda), finally, Defendants' et al., University Hospitals failed to prescribe, and diagnosis, a swimming pool. In order, to treat Plaintiff pro se, left wrist, left hand, right hand, and left knee arthritis.

(147).* As medical journals and history expertly testifies to said.

(148). *Because, a swimming pool, is not taxing on Plaintiff pro se, joints. Whereby, making said one of the best exercises for Plaintiff pro se..

(149). Defendants' et al., Dr. John K. Sontich, plus, Defendants' et al, Jane Doe (Yolonda). And Defendants' University Hospitals Negligent, reckless, and fraudulent acts and behavior. Have made Plaintiff pro se, more susceptible to falls and being off balance.

(150). Plaintiff pro se, alleges that Defendants' et al., Mr. Tom Zenty, CEO, of University Hospital, 11100 Euclid Avenue Cleveland, Ohio 44106, is responsible by law. So, it is proper procedure for Plaintiff pro se, to name him as a Defendant in this legal matter.

(151). As a result, Plaintiff pro se, is physically injured, suffered physical and mental pain, and incurred medical expenses. additionally, all said is continuing presently and in the unforseen future.

(152). Therefore, Plaintiff pro se, demands judgement against Defendants' et al., Dr. J. Robert Anderson, in the sum of One-Hundred Thousand Dollars ($ 100, 000. 00).

(153). In addition; Plaintiff pro se, demands judgment against Defendants' et al., Dr. John K. Sontich, in the sum of One-Hundred Thousand Dollars ($ 100, 000. 00).

(154). Plus, Plaintiff pro se, demands judgment against Defendants' et al, Jane Doe (Yolonda). Or, Defendants' et al., Dr. John K. Sontich's administrative assistant, in the sum of One-Hundred Thousand Dollars ($ 100, 000. 00).

(155). Still, Plaintiff pro se, alleges that Defendants' et al., Mr. Tom Zenty, CEO, of Defendants' University Hospitals et al., 11100 Euclid Avenue Cleveland, Ohio 44106, is responsible by law, because, he failed to train and/or supervise all afore said Defendants' et al., of University Hospitals.

(156). So, Plaintiff pro se, demands judgment against Defendants' et al., University and Defendants' et al., Mr. Tom Zenty, CEO, of Defendants' University Hospitals in the sum of One-Hundred Thousand Dollars ($100, 000. 00).

(157). Thus, the total sum of Four-Hundred Thousand Dollars ($ 400, 000. 00).

(Malpractice, or Negligence and Fraud in Obamacare con't.).

(158). Wherefore, Plaintiff pro se, demands the total sum of Six-Hundred Thousand Dollars ($ 600, 000. 00), for Defendants' Dr. Daniel Zalevsky, et al., Defendants' Metro Health Hospitals et al., and Defendants' Dr. Akram Boutros President and CEO, et al., Defendants' Dr. James R. Anderson et al., Defendants' Dr. John K. Sontich et al., Defendants' et al., Jane Doe (Yolonda), et al., administrative assistant to Dr. John K. Sontich, Defendants' Mr. Tom Zenty, CEO and Defendants' University Hospitals et al., for Medical Malpractice, or Negligence and Fraud in Obamacare, and/ or, the Affordable Health Care Act.

Sincerely,

Maurice Rhoades Zulu
Plaintiff pro se,
25 Severance Circle Dr. Apt. 813
Cleveland, Hts. Ohio 44118